1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6        **DISTRICT OF NEVADA**

7                         * * *

8    TYLER SMALL,                    )
                                     )
9              Plaintiff(s),         )        Case No. 2:10-cv-0773-RLH-RJJ
                                     )
10         vs.                       )        **O R D E R**
                                     )        (Motion to Dismiss–#6)
11   STATE OF NEVADA,                )
                                     )
12             Defendant(s).         )
     _____)

13

14        Before the Court is Defendant's Motion to Dismiss (#6, filed June 17, 2010), to

15   which there has not been an opposition or other response filed.  The motion will be granted.

16        The Motion is based on Plaintiff's failure to comply with NRS 41.0337, which

17   requires that "any action against the State of Nevada . . . must be brought in the name of the State of

18   Nevada on relation of the particular department, commission, board or other agency of the State

19   whose actions are the basis for the suit."  Plaintiff names only the State of Nevada.  He fails to name

20   the particular department or agency being sued.

21        Furthermore, Local Rule 7-2(d) provides that failure to file points and authorities in

22   opposition to a motion constitutes a consent that the motion be granted.  *Abbott v. United Venture*

23   *Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989).  It has been said these local rules, no less than

24   the federal rules or acts of Congress, have the force of law.  *United States v. Hvass*, 355 U.S. 570,

25   574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th

26   Cir. 1995).  The United States Supreme Court itself has upheld the dismissal of a matter for failure

                                     1

1  to respond under the local court rules. *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89

2  S. Ct. 766 (1969).

3          Plaintiff's failure to file points and authorities in opposition to the motion constitutes

4  a consent that the motion be granted.

5          IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (#6) is

6  GRANTED.

7          Dated: August 31, 2010.

**Roger L. Hunt**
**Chief United States District Judge**

2