CATHERINE CORTEZ MASTO
Attorney General
ANN McDERMOTT
Acting Chief Deputy Attorney General
Nevada State Bar No. 8180
Bureau of Public Affairs
Personnel Division
555 East Washington Ave., Ste. 3900
Las Vegas, NV  89101
Telephone:  (702) 486-3306
Fax: (702) 486-3773
Attorneys for Defendant
STATE OF NEVADA,
DEPARTMENT OF CORRECTIONS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLER SMALL, | ) |
| Plaintiff, | ) Case No.: 2:10-cv-00773-RLH-RJJ ) |
| v. | ) **STIPULATION AND ORDER FOR DISMISSAL** |
| STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; DOES I-X and ROE CORPORATIONS I-X, inclusive | ) **WITH PREJUDICE** ) ) ) |
| Defendants. | ) |

COME NOW, Defendant, STATE OF NEVADA, ex rel., its DEPARTMENT OF CORRECTIONS, by and through its attorneys, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, and Ann McDermott, Acting Chief Deputy Attorney General,

. . .

. . .

. . .

-1-

1  and Plaintiff TYLER SMALL, by and through his attorney of record, ALEXANDER G. LeVEQUE,

2  ESQ., and stipulate to dismissal with prejudice of the above-entitled case in its entirety.

5  Dated this __ day of October, 2010.                Dated this __ day of October, 2010

6  CATHERINE CORTEZ MASTO                             STOVALL & ASSOCIATES
   Attorney General

9  By: /s/                                            By: /s/
   ANN McDERMOTT                                      ALEXANDER G. LeVEQUE, Esq.
10 Acting Chief Deputy Attorney General               Nevada Bar No. 11183
   Nevada State Bar No. 8180                          3216 W. Charleston Blvd., Suite B
11 Bureau of Public Affairs                           Las Vegas, NV 89102
   Personnel Division                                 Attorney for Plaintiff TYLER SMALL
12 555 E. Washington Ave., #3900
   Las Vegas, NV 89101
13 Telephone: (702) 486-3306
   Fax: (702) 486-3906
14 Attorneys for Defendant STATE OF NEVADA,
   ex rel. its DEPARTMENT OF CORRECTIONS

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of October, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE